**Dismissed and Memorandum Opinion filed January 19, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00748-CR**

_____

**ROGELIO RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 14
Harris County, Texas
Trial Court Cause No. 1770773**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to driving while intoxicated.  In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on July 26, 2011, to confinement for 30 days in the Harris County Jail, with credit for five days served.  Appellant filed a timely motion for new trial and notice of appeal.  We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal stating that the defendant has no right of appeal.  *See* Tex. R. App. P. 25.2(a)(2).  The trial court's certification is included in the record on appeal.  *See* Tex. R. App. P. 25.2(d).   The trial

court did not grant permission to appeal, and the record does not contain any rulings on written pre-trial motions. *See* Tex. R. App. P. 25.2(b). Therefore, the record supports the trial court's certification that appellant has no right of appeal. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish — TEX. R. APP. P. 47.2(b)